SCHEDULE "A"

| Columns 1 Cause of Action | 2 Plaintiff | 3 Musical Composition | 4 Writers | 5 Date of Publication | 6 Certificate of Registration Number | 7 Date of Known Infringement |
|---|---|---|---|---|---|---|
| 1. | GREEN DAZE MUSIC, WB MUSIC CORP. | BOULEVARD OF BROKEN DREAMS | BILLIE JOE ARMSTRONG, FRANK WRIGHT, MICHAEL PRITCHARD | 9/21/04 | PA 1-251-317 | 12/19/06 |
| 2. | GONE GATOR MUSIC | MARY JANES'S LAST DANCE | TOM PETTY | REGISTERED AS UNPUBLISHED 9/21/93 | PAU 1-826-301 | 12/19/06 |
| 3. | JOELSONGS | TELL HER ABOUT IT | WILLIAM MARTIN JOEL | 8/18/83<br>REGISTERED AS UNPUBLISHED 3/7/83 | PA 188-427<br>PAU 487-423 | 12/19/06 |
| 4. | SONY/ATV TUNES LLC | LIKE A VIRGIN | BILLY STEINBERG TOM KELLY | REGISTERED AS UNPUBLISHED 3/22/84 | PAU 600-246 | 12/20/06 |
| 5. | IMPULSIVE MUSIC | SCENES FROM AN ITALIAN RESTAURANT | WILLIAM MARTIN JOEL (A/K/A BILLY JOEL) | CONTAINED IN FOLIO "THE STRANGER" 2/14/78 | PA 46-909 | 12/20/06 |
| 6. | IMPULSIVE MUSIC | ONLY THE GOOD DIE YOUNG | WILLIAM MARTIN JOEL (A/K/A BILLY JOEL) | 2/14/78 | PA 46-911 | 12/20/06 |