**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **GREENDAZE MUSIC, WB MUSIC CORP., GONE GATOR MUSIC, JOELSONGS, SONY/ATV TUNES, LLC AND IMPULSIVE MUSIC** | : | |
| **Plaintiffs** | : | |
| | : | |
| **v.** | : | **C.A. No.: 07 - 217 ML** |
| | : | |
| **POP, LLC and DANIEL PUERINI** | : | |
| **Defendants** | : | |

**ENTRY OF APPEARANCE**

I hereby enter my appearance on behalf of the Defendants, Pop, LLC and Daniel Puerini.

Defendants,
Pop, LLC., and Daniel Puerini
by their attorney

/s/ Francis S. Holbrook II

Francis S. Holbrook II, (3412)
Miller Scott & Holbrook
122 Touro Street
Newport, RI 02840
401-847-7500
Fax: 401-841-8534
fholbrook@millerscott.com

**CERTIFICATION**

I hereby certify that the within document has been electronically filed with the court on the 25th day of June, 2007 and is available for viewing and downloading on the ECF system.

/s/ Francis S. Holbrook II
Francis S. Holbrook II

7005/cb