**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **GREENDAZE MUSIC, WB MUSIC CORP., GONE GATOR MUSIC, JOELSONGS, SONY/ATV TUNES, LLC AND IMPULSIVE MUSIC** | : | |
| **Plaintiffs** | : | |
| | : | |
| **v.** | : | **C.A. No.: 07 - 217 ML** |
| | : | |
| **POP, LLC and DANIEL PUERINI** | : | |
| **Defendants** | : | |

**STIPULATION**

It is hereby STIPULATED and AGREED that the time for the Defendants to answer, and/or otherwise respond to the Plaintiffs' Complaint in this action is hereby extended to September 1, 2007.

Defendants,
Pop, LLC., and Daniel Puerini
by their attorney

/s/ Francis S. Holbrook II

Francis S. Holbrook II, (3412)
Miller Scott & Holbrook
122 Touro Street
Newport, RI 02840
401-847-7500
Fax: 401-841-8534
fholbrook@millerscott.com

Plaintiffs,
Green Daze Music, et al
By their attorney

/s/ Catherine A. Shaghalian

Catherine A. Shaghalian (6883)
Vetter & White
20 Washington Place
Providence, RI 02903
401-421-3060
Fax: 401-272-6803
cshaghalian@vetterandwhite.com

**CERTIFICATION**

I hereby certify that the within document has been electronically filed with the court on the 7th day of August, 2007 and is available for viewing and downloading on the ECF system.

/s/ Francis S. Holbrook II
Francis S. Holbrook II

7309/cb