UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GREEN DAZE MUSIC, WB MUSIC CORP., GONE GATOR MUSIC, JOELSONGS, SONY/ATV TUNES LLC and IMPULSIVE MUSIC, Plaintiffs | ) | C.A. No. 07-217ML |
| vs. | ) | |
| POP, LLC and DANIEL PUERINI, Defendants | ) | |

## DISMISSAL STIPULATION

It is hereby stipulated by and between the parties that the above-entitled action is hereby dismissed with prejudice, no costs.

/s/ Catherine A. Shaghalian
Benjamin V. White, No. 1652
Catherine A. Shaghalian, No. 6883
VETTER & WHITE
Attorneys for Plaintiffs
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bwhite@vetterandwhite.com
cshaghalian@vetterandwhite.com

/s/ Francis S. Holbrook, II
Francis S. Holbrook, II, No. 3412
MILLER, SCOTT & HOLBROOK
Attorneys for Defendants
122 Touro Street
Newport, Rhode Island 02840
(401) 847-7500
(401) 841-8534 FAX
fholbrook@millerscott.com

Dated: September 14, 2007

# CERTIFICATE OF SERVICE

To:

Francis S. Holbrook, II, Esq.
Miller, Scott & Holbrook
122 Touro Street
Newport, RI 02840

I hereby certify that I electronically filed this Dismissal Stipulation on September 14, 2007. The Dismissal Stipulation is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Catherine A. Shaghalian